COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| MVT SERVICES, INC. D/B/A MESILLA VALLEY TRANSPORTATION, | § | No. 08-08-00088-CV |
| | § | Appeal from |
| Appellant, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| ERIN NICOLE HERNANDEZ, | § | (TC # 2006-5083) |
| Appellee. | § | |

**MEMORANDUM OPINION**

Pending before the Court is the joint motion of Appellant, MVT Services, Inc. d/b/a Mesilla Valley Transportation, and Appellee, Erin Nicole Hernandez, to dismiss this appeal pursuant to TEX.R.APP.P. 42.1 because the parties have settled all matters in controversy. We grant the motion and dismiss the appeal with prejudice. Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

June 30, 2008

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.
(Chew, C.J., not participating)